SLIP OPINION

Cite as 2015 Ark. 187

# SUPREME COURT OF ARKANSAS

No. D-15-317

| | |
|---|---|
| IN RE DONALD WAYNE COLSON<br>ARK. BAR NO. 2005166 | **Opinion Delivered** April 30, 2015<br><br>PETITION TO SURRENDER ARKANSAS LAW LICENSE<br><br><br>PETITION GRANTED. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of disbarment proceedings, of the license of Donald Wayne Colson of Bryant, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on April 15, 2015, Mr. Colson acknowledges that he has been previously sanctioned on eight other occasions and that the rules violations he is alleged to have committed likely would be proved at trial and would result in disbarment. Mr. Colson also states that he wishes to avoid the expense, stress, and publicity of further addressing formal disbarment proceedings.

The name of Donald Wayne Colson shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.